IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENTUCKY HIGHER EDUCATION ASSISTANCE AUTHORITY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:11-cv-305-MEF |
| v. | ) ) | |
| KRISHNA, INC. | ) ) | (WO) |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the parties' Joint Motion to Dismiss (Doc. # 7), filed on July 1, 2011, it is hereby ORDERED that the Motion is GRANTED. A separate final judgment will be entered in the case.

Done this the 1st day of July, 2011.

                                           /s/ Mark E. Fuller
                                           UNITED STATES DISTRICT JUDGE